# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEVIN J. GIBSON

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5474FDB

_____  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $3,745.35 and expenses of $27.50 pursuant to 28 U.S.C. §2412.


March 14, 2008

BRUCE RIFKIN
Clerk


s/ D. Forbes
By, Deputy Clerk